SUNSET HARBOUR, L.L.C.

VERSUS

AMER ZUGHAYER, ET. AL.

NO. 23-CA-267

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

June 14, 2024

Susan Buchholz

Chief Deputy Clerk

## ON APPLICATION FOR REHEARING

Panel composed of Fredericka Homberg Wicker,
Marc E. Johnson, and Timothy S. Marcel

## <u>DENIED WITHOUT REASONS</u>

**MEJ**
**FHW**
**TSM**

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Susan S. Buchholz
Chief Deputy, Clerk of Court

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL
TIMOTHY S. MARCEL

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN
TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS
DAY **06/14/2024** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF
THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY
COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**23-CA-267**

### E-NOTIFIED

24th Judicial District Court (Clerk)
Honorable June B. Darensburg (District Judge)
Nathaniel M. Phillips (Appellee)          Kenneth C. Fonte (Appellant)          Adrian F. LaPeyronnie, III

### MAILED

Olivia Keen  (Appellee)          Jennifer L. Crose (Appellee)
700 Camp Street          Matthew B. Moreland (Appellee)
New Orleans, LA 70130          Attorneys at Law
800 North Causeway Boulevard
Suite 100
Metairie, LA 70001